UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 04m-1763-CBS |
| ) | |
| KELVIN CORREA MANSO ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Stephen McKearney, United States Marshal's Service, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one KELVIN CORREA MANSO on an indictment filed in the District of Puerto Rico charging the defendant with conspiracy to distribute controlled substances in a public housing project, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Copies of said warrant and indictment are attached.

Steven McKearney
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to before me this 9th day of June, 2004.

Judith G. Dein
United States Magistrate Judge

# United States District Court

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

CASE NUMBER: 04-050 (JAG)

[10] KELVIN CORREA-MANSO, aka "Negro"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   [10] KELVIN CORREA-MANSO, aka "Negro"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Superseding Indictment  _ Information  _ Complaint  _ Order of court   _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with each other and with diverse other persons, to commit an offense against the United States, that is, to possess with intent to distribute, and distribute narcotic controlled substances, to wit: five (5) kilograms or more of cocaine, and/or fifty (50) grams or more of cocaine base ("crack"), both Schedule II Narcotic Drug Controlled Substances, and/or one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Controlled Substance, inside or within one thousand (1,000) feet of real property comprising a housing facility owned by a public housing authority, that is, the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico; and knowingly did conspire, confederate, and agree together with others and with divers other persons to the Grand Jury known and unknown, to commit offenses against the United States as charged in the indictment;

in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), 846 and 860.

| Gustavo A. Gelpí | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: S/ TERE MOLLFULLEDA | MARCH 11, 2004 at SAN JUAN, P. R. |
| Signature of Issuing Officer | Date and Location |
| TERE MOLLFULLEDA, DEPUTY CLERK | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

AO 442 (Rev. 12/85) Warrant for Arrest

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>[1] Cristian Villegas, aka "Casi,"<br>    (Counts One and Two)<br><br>[2] Saul Flores De Jesus, aka "Saulito,"<br>    (Counts One and Two)<br><br>[3] Rafael Sabino Morales, aka "Cutin,"<br>    (Counts One and Two)<br><br>[4] Gabriel Ayala Pescado, aka "Gabi,"<br>    (Counts One and Two)<br><br>[5] Juan Carlos Rojas Rodriguez, aka "Carli,"<br>    (Counts One, Two, Three and Four)<br><br>[6] Daniel Feliciano Rodriguez, aka "Danei,"<br>    (Count One)<br><br>[7] Jose Silva, aka "Popillo,"<br>    (Count One)<br><br>[8] Alexis Isales Pholkong,<br>    (Count One)<br><br>[9] Samuel Molina Lopez, aka "Gordy,"<br>    (Count One)<br><br>[10] Kelvin Correa Manso, aka "Negro,"<br>    (Count One)<br><br>[11] Victor M. Rivera, aka "Manuel," and<br>    (Count One)<br><br>[12] José Carrion Rivera, aka "Joyto,"<br>    (Count One)<br><br>    Defendants. | **SUPERSEDING INDICTMENT**<br><br>CRIMINAL NO. 04-050 (JAG)<br><br>VIOLATIONS:<br><br>TITLE 18 U.S.C. §§ 924 (c)(1)(A), and 924 (o).<br><br>TITLE 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A); 846; and 860.<br><br>(FOUR COUNTS) |

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 2

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

(Conspiracy To Possess With Intent To Distribute, And
Distribution Of Controlled Substances In A Public Housing Project)
Title 21, <u>United States Code</u>, Sections 841, 846, and 860

From on or about 1998, the specific date unknown to the Grand Jury, and continuing up to the date of this Indictment, in the District of Puerto Rico, and elsewhere, and within the jurisdiction of this Court, the defendants herein:

[1] Cristian Villegas, aka "Casi,"
[2] Saul Flores De Jesus, aka "Saulito,"
[3] Rafael Sabino Morales, aka "Cutin,"
[4] Gabriel Ayala Pescado, aka "Gabi,"
[5] Juan Carlos Rojas Rodriguez, aka "Carli,"
[6] Daniel Feliciano Rodriguez, aka "Danei,"
[7] Jose Silva, aka "Popillo,"
[8] Alexis Isales Pholkong,
[9] Samuel Molina Lopez, aka "Gordy,"
[10] Kelvin Correa Manso, aka "Negro,"
[11] Victor M. Rivera, aka "Manuel," and
[12] José Carrion Rivera, aka "Joyto,"

together and with others, known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with each other and with diverse other persons, to commit an offense against the United States, that is, to possess with intent to distribute, and distribute narcotic controlled substances, to wit: five (5) kilograms or more of cocaine, and/or fifty (50) grams or more of cocaine base ("crack"), both Schedule II Narcotic Controlled Substances, and/or one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, and/or one thousand (1000) kilograms or more of marihuana, both Schedule I Narcotic Controlled Substances, inside or within one thousand (1,000) feet of real property comprising a

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 3

housing facility owned by a public housing authority, that is, the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), 846 and 860.

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was to possess with the intent to distribute and to distribute cocaine, cocaine base ("crack"), heroin and marihuana at different drug distribution locations ("drug points"), in the Nuestra Señora de Covadonga Public Housing Project, located in Trujillo Alto, Puerto Rico, for significant financial gain or profit.

### MANNER AND MEANS OF THE CONSPIRACY

The following were among the manner and means used by the defendants and the co-conspirators to carry out the objects of the conspiracy and to ensure the success of their criminal organization:

1. It was part of the conspiracy that conspirators would plan and arrange for the purchase and sale of cocaine, cocaine base ("crack") and heroin from different locations in and around the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico.

2. It was a further part of the conspiracy that conspirators would purchase cocaine and create cocaine base ("crack"), for subsequent sale in various locations in the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico.

3. It was a further part of the conspiracy that conspirators would use residences and other locations to store, package and sell the drugs and to conceal drug trafficking proceeds.

4. It was a further part of the conspiracy that conspirators would use veiled or coded

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 4

    references in conversations to describe drug transactions.

5. It was a further part of the conspiracy that conspirators would keep each other informed of the activities, plan future transactions and share information about drug trafficking activity for the purpose of avoiding detection and ensuring the success of their criminal organization.

6. It was a further part of the conspiracy that conspirators would use aliases and other means to avoid detection by law enforcement authorities.

7. It was a further part of the conspiracy that conspirators would, at various times during the conspiracy, perform different functions in furtherance of the organization's drug trafficking activities.

8. It was a further part of the conspiracy that conspirators would and did arrange for and coordinate the pick-up of United States currency from the sale of narcotics and other dangerous drugs ("drug proceeds").

9. It was a further part of the conspiracy that conspirators would possess firearms in order to protect themselves, their drugs, and/or their drug proceeds from other competing drug organizations.

10. It was further a part of the conspiracy that conspirators would and did cause drugs and drug proceeds to be delivered to various locations in the District of Puerto Rico.

11. It was a further part of the conspiracy that conspirators did possess and distribute controlled substances and did possess firearms inside or within a distance of one thousand (1,000) feet from a housing facility owned by a public housing authority, namely, the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 5

Rico.

## ROLES OF THE MEMBERS OF THE CONSPIRACY

A.   **Leaders and Owners.**

Defendant [1] **Cristian Villegas, aka "Casi,"** and co-conspirator Wilfredo Feliciano Rodriguez, aka "Wilfre," not charged herein, were the leaders, and organizers of the drug-trafficking organization. They did lead, organize, control, enforce through the use of violence, and supervise the sale of narcotic controlled substances at different drug points owned by them located in the Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico. They did direct and supervise numerous subordinates whose principal tasks were: (a) to supply sellers with the drugs to be sold and to collect the proceeds derived from their sale at the drug points; (b) to package drugs for subsequent sale at the drug points; (c) to provide protection for themselves and their illegal narcotics being sold at the drug points and the proceeds of the sales; and (d) to receive the proceeds from the sales of the drugs.

During pertinent times throughout the conspiracy, defendant [1] **Cristian Villegas, aka "Casi,"** and co-conspirator Wilfredo Feliciano Rodriguez, aka "Wilfre," were assisted by co-defendants [2] **Saul Flores De Jesus, aka "Saulito,"** [3] **Rafael Sabino Morales, aka "Cutin,"** [4] **Gabriel Ayala Pescado, aka "Gabi,"** and co-conspirators José L. Claudio Ortiz, aka "Pella,"and Jorge L. Rodriguez Rosa, aka "Cuquito," not charged herein, in the administration of this drug-trafficking organization.

B.   **Managers/Runners of the Drug Points.**

The managers/runners of the drug points were co-defendants [2] **Saul Flores De Jesus, aka "Saulito,"** [3] **Rafael Sabino Morales, aka "Cutin,"**and [4] **Gabriel Ayala Pescado, aka "Gabi,"**

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 6

and co-conspirators José L. Claudio Ortiz, aka "Pella," and Jorge L. Rodriguez Rosa, aka "Cuquito," not charged herein. The function of the managers/runners was to supervise the operations of the drug points, to obtain the drugs, and to ensure a sufficient supply of drugs to the point so that there would be continual distribution. The manager/runners would receive packaged narcotics and would deliver them to the sellers for sale at the drug points. Then the manager/runners would collect the proceeds derived from the drug sales.

C.      **Enforcers**.

Enforcers are part of this drug-trafficking organization. The enforcers would possess, carry, use, and brandish firearms, in order to provide protection to the leaders of the organization, as well as the day-to-day drug distribution operations. In addition, the enforcers would protect the leaders and the participants from rival drug-trafficking organizations. The enforcers included defendant **[5] Juan Carlos Rojas Rodriguez, aka "Carli,"** and co-conspirator Alfred Rodriguez Rios, aka "Fredito," not charged herein.

E.      **Sellers**.

Sellers who are part of this drug-trafficking organization would distribute the drugs at the various drug points at Nuestra Señora de Covadonga Public Housing Project, Trujillo Alto, Puerto Rico. Among the co-conspirators, the sellers included co-defendants **[6] Daniel Feliciano Rodriguez, aka "Danei," [7] Jose Silva, aka "Popillo," [8] Alexis Isales Pholkong, [9] Samuel Molina Lopez, aka "Gordy," [10] Kelvin Correa Manso, aka "Negro," [11] Victor M. Rivera, aka "Manuel," and [12] José Carrion Rivera, aka "Joyto,"** and co-conspirators Hector M. Nieves Rivera, aka "Concort," Juan Rojas Rodriguez, aka "Tito," Jose G. Rodriguez Rosa, aka "Gageth," Omar Medina Torres, Josue Rosario, aka, "Ruso," Ernest Velazquez

Casanova, Alexis Lebron Marcon and NU, aka "Omy," not charged herein.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of this conspiracy, and to effect and accomplish the objects of the same, one or more of the conspirators committed, among others, the following overt acts:

1. On or about April 12, 2002, [8] **Alexis Isales Pholkong** distributed a controlled substance, in furtherance of the charged conspiracy;

2. On or about October 25, 2002, [10] **Kelvin Correa Manso, aka "Negro"** distributed a controlled substance, in furtherance of the charged conspiracy.

3. On or about November 5, 2002, [6] **Daniel Feliciano Rodriguez, aka "Danei,"** distributed a controlled substance, in furtherance of the charged conspiracy;

4. On or about November 10, 2002, [6] **Daniel Feliciano Rodriguez, aka "Danei,"** distributed a controlled substance, in furtherance of the charged conspiracy;

5. On or about December 19, 2002, [9] **Samuel Molina Lopez, aka "Gordy"** distributed a controlled substance, in furtherance of the charged conspiracy;

6. On or about December 20, 2002, [2] **Saul Flores De Jesus, aka, "Saulito,"** distributed a controlled substance, in furtherance of the charged conspiracy;

7. On or about December 21, 2002, [7] **Jose Silva, aka "Popillo,"** distributed a controlled substance, in furtherance of the charged conspiracy;

8. On or about December 21, 2002, [4] **Gabriel Ayala Pescado, aka "Gabi,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

9. On or about December 23, 2002, [7] **Jose Silva, aka "Popillo,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 8

10. On or about December 23, 2002, [4] **Gabriel Ayala Pescado, aka "Gabi,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

11. On or about December 26, 2002, [4] **Gabriel Ayala Pescado, aka "Gabi,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

12. On or about December 26, 2002, [3] **Rafael Sabino Morales, aka "Cutin,"** distributed a controlled substance, in furtherance of the charged conspiracy;

13. On or about December 26, 2002, [2] **Saul Flores De Jesus, aka, "Saulito,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;;

14. On or about December 30, 2002, [2] **Saul Flores De Jesus, aka, "Saulito,"** distributed a controlled substance, in furtherance of the charged conspiracy;

15. On or about January 3, 2003, [9] **Samuel Molina Lopez, aka "Gordy"** distributed a controlled substance, in furtherance of the charged conspiracy;

16. On or about January 18, 2003, [9] **Samuel Molina Lopez, aka "Gordy"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

17. On or about January 18, 2003, [1] **Cristian Villegas, aka "Casi,"** possessed with intent to distribute a controlled substance, in furtherance of the charged conspiracy;

18. On or about January 19, 2003, [12] **José Carion Rivera, aka "Joyto,"** distributed a controlled substance, in furtherance of the charged conspiracy;

19. On or about March 30, 2003, [6] **Daniel Feliciano Rodriguez, aka "Danei,"** distributed a controlled substance, in furtherance of the charged conspiracy;

20. On or about April 4, 2003, [11] **Victor M. Rivera, aka "Manuel,"** distributed 50 bags of cocaine, in furtherance of the charged conspiracy;

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 9

21. On or about April 10, 2003, [3] **Rafael Sabino Morales, aka "Cutin,"** possessed a sum of United States currency, proceeds which were derived from the sale of controlled substances, in furtherance of the charged conspiracy;

22. On or about April 10, 2003, [5] **Juan Carlos Rojas Rodriguez, aka "Carli,"** possessed a firearm, in furtherance of the charged conspiracy;

23. On or about April 13, 2003, [5] **Juan Carlos Rojas Rodriguez, aka "Carli,"** possessed a firearm, in furtherance of the charged conspiracy;

Count Two herein, is re-alleged and incorporated in full as overt acts in furtherance of this conspiracy.

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO
(Conspiracy To Use, Carry Or Possess A Firearm)
Title 18, United States Code, Sections 924(c) and 924(o)

From on or about 1998, the specific date unknown to the Grand Jury, and continuing up to the date of this Indictment, in the District of Puerto Rico, and elsewhere, and within the jurisdiction of this Court, co-defendants,

[1] **Cristian Villegas, aka "Casi,"**
[2] **Saul Flores De Jesus, aka "Saulito,"**
[3] **Rafael Sabino Morales, aka "Cutin,"**
[4] **Gabriel Ayala Pescado, aka "Gabi,"** and
[5] **Juan Carlos Rojas Rodriguez, aka "Carli,"**

and co-conspirators Wilfredo Feliciano Rodriguez, aka "Wilfre," Alfred Rodriguez Rios, aka "Fredito," and José L. Claudio Ortiz, aka "Pella," not charged herein, together and with others, known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with each other and with diverse other persons, to commit an

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 10

offense against the United States, that is, to knowingly, willfully, intentionally and unlawfully possess, use, brandish, or carry firearms, as that term is defined in section 921(a)(3), of Title 18, United States Code, in furtherance of, or during and in relation to a drug trafficking crime, as that term is defined in Section 924(c)(2), of Title 18, United States Code, to wit: conspiracy to possess with intent to distribute and distribute narcotic controlled substances, an offense which they can be prosecuted in a court of the United States as a violation to Title 21, United States Code, Sections 846 as charged in Count One herein, all in violation of Title 18, United States Code, Sections 924(c)(1)(A), and 924(o).

## COUNT THREE
(Use, Carry Or Possess A Firearm)
Title 18, United States Code, Section 924(c)

On or about April 10, 2003, in the District of Puerto Rico, and within the jurisdiction of this Court, defendant,

**[5] Juan Carlos Rojas Rodriguez, aka "Carli,"**

did knowingly, willfully, intentionally and unlawfully possess, use, brandish, or carry a firearm, as that term is defined in section 921(a)(3), of Title 18, United States Code, in furtherance of, or during and in relation to a drug trafficking crime, as that term is defined in Section 924(c)(2), of Title 18, United States Code, to wit: conspiracy to possess with intent to distribute and distribute narcotic controlled substances, an offense for which he can be prosecuted in a court of the United States as a violation of Title 21, United States Code, Section 846, as charged in Count One herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR
(Use, Carry Or Possess A Firearm)
Title 18, United States Code, Section 924(c)

Superseding Indictment
Criminal No. 04-050 (JAG)
Page 11

On or about April 13, 2003, in the District of Puerto Rico, and within the jurisdiction of this Court, defendant,

**[5] Juan Carlos Rojas Rodriguez, aka "Carli,"**

did knowingly, willfully, intentionally and unlawfully possess, use, brandish, or carry a firearm, as that term is defined in section 921(a)(3), of Title 18, United States Code, in furtherance of, or during and in relation to a drug trafficking crime, as that term is defined in Section 924(c)(2), of Title 18, United States Code, to wit: conspiracy to possess with intent to distribute and distribute narcotic controlled substances, an offense for which he can be prosecuted in a court of the United States as a violation of Title 21, United States Code, Section 846, as charged in Count One herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

_____
FOREPERSON

H.S. Garcia
United States Attorney

_____
Sonia I. Torres
Assistant U.S. Attorney
Chief, Criminal Division

_____
Vernon Benét Miles
Assistant U.S. Attorney

_____
Edwin O. Vazquez-Berrios
Assistant U.S. Attorney
Deputy Chief, Criminal Division

_____
Judith Vargas
Assistant U.S. Attorney

Dated: March 11, 2004