# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
THE CASE OF

_____ VS. _____

FOR _____

AT _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name): Kelvin Correa Marte

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate: 04m-1763
District Court:
Court of Appeals:

## EMPLOYMENT

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: SPARKLING CLEANERS (LAWRENCE MA)
IF YES, how much do you earn per month? $ 952.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: NA
SOURCES: _____

## CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ 00

## PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: NO
DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
ANA BEL VIDAL (WIFE)
RICHARD RODRIGUEZ 6, SON
KELVIN JOAN 4, SON
KELVIN JENIEL, SON 1

## DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | | $ | $ 360.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 06/10/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Kelvin Correa - Kelvin Correa